TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XAVIER GUTIERREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.: 2:25-cv-02360-RFB-BNW<br><br>**MOTION TO APPROVE STIPULATION ALLOWING LATE-FILED ANSWER AND EXTENDING TIME FOR FILING ANSWER**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 and LR IA 6-1, the United States of America (the "Federal Defendant") and Xavier Gutierrez ("Plaintiff"),[1] by and through their respective undersigned counsels, do hereby respectfully move the Court to approve the following stipulation setting aside the Federal Defendant's failure to file a timely answer and further agreeing to allow, notwithstanding the expiration of the originally prescribed time period, an enlargement of time of 35 days from the originally prescribed deadline or until March 7, 2026, for the Federal Defendant to file an answer to the Complaint[2] filed by the Plaintiff pursuant to Fed. R. Civ. P. 6(b)(1)(B) and Fed. R. Civ. P. 55(c) in conjunction with Fed. R. Civ. P. 55(d) and Fed. R. Civ. P. 7(b)(1).

---

[1]    Collectively, the Plaintiff and the Federal Defendant are referred to herein as the Parties.
[2]    The Complaint refers to the Complaint commencing this litigation filed by the Plaintiff in this Court on November 25, 2025 (ECF No. 1).

1

1.      As a consequence of funding lapses and changes to personnel, the Federal Defendant's counsel first filed a notice of appearance in this matter on February 11, 2026. ECF No. 6.

2.      The Federal Defendant was served with the Complaint on December 2, 2025, ECF No. 5, whereby, pursuant to Fed. R. Civ. P. 12(a)(2) and Fed. R. Civ. P. 12(b), the Federal Defendant's answer was required to be filed by January 31, 2026. *See* Fed. R. Civ. P. 12(a)(2); Fed. R. Civ. P. 12(b).

3.      This is the first request sought by the Federal Defendant for an extension of the deadlines by which the Federal Defendant must file their answer to the Complaint or responsive motion to the Complaint.

4.      The Parties both submit that the instant stipulation is being offered to the Court for approval in good faith and not for the purpose of delay. *Cf. In re Sonoma V.*, 703 F.2d 429, 431–432 (9th Cir. 1983) (citing *Orange Theatre Corp. v. Rayherstz Amusement Corp.*, 130 F.2d 185, 187 (3d Cir. 1942) (*en banc*); 2 J. Moore & J. Lucas, *Moore's Federal Practice*, § 6.08, at § 1500.74 & n. 9; 4 C. Wright & A. Miller, *Federal Practice and Procedure* § 1165, at 627–28 & n.83 (1969)) (parties may not agree to enlargement of time under Fed. R. Civ. P. 6(b) without court approval).

5.      In light of the foregoing, the Parties do hereby agree and stipulate that the Federal Defendant shall have until March 7, 2026, to file an answer to the Complaint.

Respectfully submitted this 19th day of February 2026.


SIGAL CHATTAH                                          LAIRD LAW PLLC
First Assistant United States Attorney


/s/  Marilyn E. Gartley                                /s/  Daniel O. Laird
MARILYN E. GARTLEY                                     DANIEL O. LAIRD, M.D., J.D.
Assistant United States Attorney                      Nevada Bar No. 11831
marilyn.gartley@usdoj.gov                             4175 S. Riley St., Ste. 102
*Attorneys for Federal Defendant*                     Las Vegas, NV 89147
                                                      Dan@LairdLaw.com
                                                      *Attorneys for Plaintiff*


**IT IS SO ORDERED:**



_____
**UNITED STATES MAGISTRATE JUDGE**


**DATED:**    February 20, 2026

3

**Certificate of Service**

I hereby certify that on February 20, 2026, I electronically filed and served the foregoing Motion to Approve Stipulation Allowing Late-Filed Answer and Extending Time for Filing Answer with the Clerk of the Court for the United States District Court for the District of Nevada using the court's electronic filing and service system.

/s/  Marilyn E. Gartley
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for Federal Defendants*